**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-7599**

---

ANTHONY JESUS SANDERS,

                                        Plaintiff - Appellant,

          versus

KATHLEEN J. BASSETT; F.E. LOCKHART,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (CA-04-533-7)

---

Submitted:  December 9, 2004          Decided:  December 17, 2004

---

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Jesus Sanders, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Jesus Sanders appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sanders v. Bassett, No. CA-04-533-7 (W.D. Va. filed Sept. 14, 2004 & entered Sept. 15, 2004). We deny Sanders' motion to produce documents for his review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED